IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM H. GORMAN,                          :
                                            :
              Petitioner,                   :
                                            :    Case Number: 1:03cv865-SJD
        vs.                                 :
                                            :    District Judge Susan J. Dlott
TIM BRUNSMAN, WARDEN,                       :
CHILLICOTHE CORRECTIONAL INSTITUTE,
                                            :
              Respondent.                   :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Black filed on May 8, 2006(Doc. 22), to whom this case was referred pursuant

to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for

filing such objections under Fed. R. Civ. P. 72(b) expired May 26, 2006, hereby ADOPTS said

Report and Recommendations.

Accordingly, Petitioner's Petition for writ of Habeas Corpus pursuant to 28 U.S.C. §

2254 (Doc. 1) is DENIED with prejudice.

A Certificate of Appealability should not issue with respect to the constitutional claims

alleged in the Petition, which this Court has concluded are barred from review on procedural

statute of limitations and waiver grounds.  Although "jurists of reason" may find it debatable

whether the Court is correct in its procedural ruling on the statute of limitations issue under the

applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000),

"jurists of reason" would not find it debatable whether the Court is correct in its alternative

procedural ruling on waiver grounds.

With respect to any application by Petitioner to proceed on appeal *in forma pauperis,* the Court CERTIFIES pursuant to 28 U.S.C. § 1915 (a)(3) that an appeal of any Order adopting this Report and Recommendations will not be taken in "good faith," therefore, DENYING Petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity.  See Fed.R. App. P. 24 (a); *Kincade v. Sparkman,* 117 F.3d 939, 952 (6th Cir. 1997).

IT IS SO ORDERED.

                            ___s/Susan J. Dlott_____
                            Susan J. Dlott
                            United States District Judge